**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Frank Edward Barber
Attorney at Law
116 Field St.
New Iberia LA 70560-4487

**REHEARING ACTION: January 21, 2015**

**Docket Number: 14   00765-CA**

**SYLVESTER HARRIS**
**VERSUS**
**OLIVIER'S CONTRACTORS, ET AL.**

**Appealed from St. Landry Parish Case No. 12-C-1677-A**

**BEFORE JUDGES:**

  Hon. Marc T. Amy
  Hon. Elizabeth A. Pickett
  Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jason Olivier** has this day been

  **DENIED.**
  Amy, J., would grant the rehearing.

As counsel of record in the captioned case, you are hereby notified that the motion for

rehearing en banc filed by **Jason Olivier** has this day been

  **DENIED.**

cc: Craig Alan Davis, Counsel for the Appellee